IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN THE MATTER OF:                                        Chapter 13

Betty A. Anderson,                                 Case No.  12-01470

            Debtor(s).

**RESPONSE TO TRUSTEE'S NOTICE OF
FINAL CURE PAYMENT**

NOW COMES JPMorgan Chase Bank, National Association (hereinafter referred to as "Creditor") by and through its attorneys, Burke, Warren, MacKay & Serritella, P.C., and for its Response to Trustee's Notice of Final Cure Payment, states as follows:

1. The Debtor's Modified Chapter 13 Plan was filed on April 20, 2012. Said Plan was confirmed on April 23, 2012, and set-forth a pre-petition arrearage in the amount of $1,315.65 owed to Chase.

2. On or about April 13, 2012, Creditor filed its Motion for Allowance of Costs of Collection requesting that $700.00 in post petition pre-confirmation costs of collection not already provided for by the plan be added to the cure amount. The Court granted the Motion for Allowance of Costs on April 23, 2012.

3. On or about November 24, 2014, the Trustee moved to dismiss for Debtor's failure to make plan payments. The Court granted the motion to dismiss and the case was dismissed on December 3, 2014.

4. The Trustee filed a Notice of Final Cure Mortgage Payment on January 7, 2015.

5. Creditor objects to the Notice of Final Cure as improperly issued, filed, and served pursuant to FRBP 3002.1(f) because the case was previously dismissed for Debtor's failure to make plan payments.

      6.      Creditor agrees the allowed Claim of $2,015.65 has been paid in full.

      7.      The Debtor's post-petition payments to Creditor were to be paid by the Debtor "outside" the plan.

      8.      The Debtor is current on all payments consistent with 11 U.S.C. § 1322(b)(5) and is due for her February 1, 2015 post-petition payment in the amount of $907.82 and all succeeding payments.

      9.      If no challenge to foregoing is made by motion filed with the Court and served on the undersigned and the trustee within twenty-one days of this notice, JPMorgan Chase Bank, National Association's rights to collect these amounts will remain unaffected.

WHEREFORE, JPMorgan Chase Bank, National Association prays that the Court declare that the Debtor is current at this time.

                                                JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,

                                                By:   /s/ Edward J. Lesniak
                                                        Edward J. Lesniak,
                                                        One of Its Attorneys

Edward J. Lesniak (# 1624261)
Sara Youn Choh (# 6298797)
Burke, Warren, MacKay & Serritella, P.C.
330 N. Wabash Ave., 21st Floor
Chicago, IL 60611-3607
Tel: (312) 840-7000
Fax: (312) 840-7900

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN THE MATTER OF: | Chapter 13 |
| Betty A. Anderson, | Case No. 12-01470 |
| Debtor(s). | |

**CERTIFICATE OF SERVICE**

I, the undersigned attorney, certify that I served a copy of the Response to Trustee's Notice of Final Cure Payment filed on January 28, 2015, upon the parties listed below, as to the Trustee and Debtor's attorneys via electronic notice on January 28, 2015, and as to the Debtor by depositing same in the U.S. Mail before 5:00 p.m. on January 28, 2015 with proper postage prepaid.

**Service by Mail:**
Betty A. Anderson
7211 S. Kedzie Ave.
Chicago, IL 60629

**Service by Electronic Notice through ECF:**
Geraci Law L.L.C.
55 E. Monroe St., Ste. 3400
Chicago, IL  60603

Marilyn O. Marshall
Chapter 13 Trustee
224 South Michigan, Ste. 800
Chicago, IL  60604

Patrick S. Layng
Office of the U.S. Trustee, Region 11
219 S. Dearborn St., Room 873
Chicago, IL  60604

By:  /s/ Edward J. Lesniak
    Edward J. Lesniak
    Burke, Warren, MacKay & Serritella, P.C.
    One of its attorneys

Edward J. Lesniak (# 1624261)
Sara Youn Choh (# 6298797)
Burke, Warren, MacKay & Serritella, P.C.
330 N. Wabash Ave., 21st Floor
Chicago, IL 60611-3607
Tel:  (312) 840-7000
Fax: (312) 840-7900